# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| ANTHONY PARKER, | ) |
| Plaintiff, | ) |
| v. | ) NO. 1:19-cv-00013 |
| COMPREHENSIVE LOGISTICS CO., INC., | ) JUDGE CAMPBELL |
| | ) MAGISTRATE JUDGE HOLMES |
| Defendant. | ) |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 14), which was filed on March 18, 2019. Through the Report and Recommendation, the Magistrate Judge recommends Plaintiff's Motion to Quash Defendant's Notice of Removal (Doc. No. 6) and Amended Motion to Quash (Doc. No. 9) be denied, and Defendant's Motion to Dismiss (Doc. No. 4) be granted and this action be dismissed with prejudice. Although the Report advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Plaintiff's Motion to Quash Defendant's Notice of Removal (Doc. No. 6) and Amended Motion to Quash (Doc. No. 9) are **DENIED,** and Defendant's Motion to Dismiss (Doc. No. 4) is **GRANTED.** This action is **DISMISSED** with prejudice.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE